**Sonnja BLEVINS, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 77306 and WD 77307**

Missouri Court of Appeals,
Western District.

ORDER FILED: December 16, 2014

Sonnja Blevins, Raytown, MO, Appellant Acting Pro Se

Bart Matanic, Jefferson City, MO, Counsel for Respondent

Before Division Four: Alok Ahuja, C.J. Presiding, Victor C. Howard, and James Edward Welsh, JJ.

**ORDER**

Per Curiam:

Sonnja Blevins appeals the Labor and Industrial Relations Commission's decision denying her unemployment benefits and its decision that she was overpaid benefits. We affirm. Rule 84.16(b).